Per Curiam (Reyna, Taranto, and Hughes, Circuit Judges).

### JUDGMENT

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

SON; ROBERT GERARD LANCASTER, Santa Monica, CA.

Before Moore, Wallach, and Chen, Circuit Judges.

Per Curiam.

We deny the appeal as moot in light of our order in *DataTreasury Corp. v. Fidelity National Information*, No. 16–1046.

## DATATREASURY CORPORATION, Appellant,

v.

## FISERV, INC., Appellee.

### 2016–1229
### 2016–1230

United States Court of Appeals, Federal Circuit.

Decided: October 13, 2016

EDWARD K. CHIN, Albritton Law Firm, Longview, TX, argued for appellant. Also represented by DEREK TOD GILLILAND, Nix Patterson & Roach LLP, Daingerfield, TX; CHRISTIAN JOHN HURT, Dallas, TX.

DAVID ALAN ROODMAN, Bryan Cave LLP, St. Louis, MO, argued for appellee. Also represented by ELIZABETH C. CARVER, EMMA CATHRENE HARTY, NICK E. WILLIAM-

## IN RE: DATATREASURY CORPORATION, Appellant

### 2016-1250

United States Court of Appeals, Federal Circuit.

Decided: October 13, 2016

DEREK TOD GILLILAND, Nix Patterson & Roach LLP, Daingerfield, TX, argued for appellant. Also represented by CHRISTIAN JOHN HURT, Dallas, TX.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, ROBERT MCBRIDE.

Before Moore, Wallach, and Chen, Circuit Judges.